William H. Littlewood, # 202877
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs
MICHAEL ROSS, BELLA PORTIA ROSS; and
M ROSS PHILIPPINE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL ROSS, an individual; BELLA PORTIA ROSS, an individual; M ROSS PHILIPPINE CORPORATION, a Philippines corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RACHELL ALLEN REVIEWERS USA, INC., a Philippines corporation; REGNAR DELEON, an individual; RAQUEL DELEON, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  2:08-CV-02723-LKK-KJM<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER THEREON** |

COME NOW Plaintiffs MICHAEL ROSS, BELLA PORTIA ROSS and M ROSS PHILIPPINE CORPORATION (collectively referred to herein as "Plaintiffs"), by and through their counsel William H. Littlewood, and Defendants RACHELL ALLEN REVIEWERS USA, INC., REGNAR DELEON, and RAQUEL DELEON (collectively referred to herein as "Defendants"), by and through their counsel, Robert W. Hunt and Jennifer N. Wenker, who hereby stipulate that Defendants may have additional time to file and serve their answer and/or responsive pleadings in this action, up to and including March 3, 2009.

IT IS SO STIPULATED.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  February 17, 2009 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | By:       /s/ William H. Littlewood         |
| 4 | | William H. Littlewood<br>Attorneys for Plaintiffs |
| 5 | | MICHAEL ROSS; BELLA PORTIA ROSS;<br>and M ROSS PHILIPPINES |
| 6 | | CORPORATION |
| 7 | | |
| 8 | Dated:  February 17, 2009 | HUNT & JEPPSON |
| 9 | | |
| 10 | | By:       /s/ Jennifer N. Wenker         |
| 11 | | Jennifer N. Wenker<br>Attorneys for Defendants<br>RACHELL ALLEN REVIEWERS U.S.A., |
| 12 | | INC., REGNAR DELEON and RACHELL<br>DELEON |

### ORDER

Upon reviewing the Stipulation for an Extension of Time to File Responsive Pleading entered into by and between the Plaintiffs and Defendants, and good cause appearing therefore, it is hereby ORDERED as follows:

That Defendants, Rachell Allen Reviewers U.S.A., Inc., Regnar DeLeon and Rachell DeLeon, may have additional time to file and serve their answers, and/or responsive pleadings in this action, up to and including March 3, 2009.

Dated:  February 19, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

75823/00000-1359127.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING;
[PROPOSED ORDER THEREON]; 2:08-CV-02723-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On February 17, 2009, I served the within documents:

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED ORDER THEREON]**

| | |
|---|---|
| ☒ | **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☐ | **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☒ | **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below. |
| ☐ | **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day. |
| ☐ | **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served. |

| | |
|---|---|
| Mark J. Burzych | Jennifer N. Wenker |
| Fahey Schultz Burzych Rhodes PLC | Hunt & Jeppson |
| 4151 Okemos Road | 2200B Douglas Blvd., Suite 150 |
| Okemos, MI 48864 | Roseville, CA 95661 |
| Telephone: (517) 381-0100 | Telephone: (916) 780-7008 |
| Facsimile: (517) 381-5051 | Facsimile: (916) 780-7118 |
| Attorney for Defendants | Attorney for Defendants |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 17, 2009, at Fresno, California.

                                          /s/ Brenda S. Scott
                                          Brenda S. Scott

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING;
[PROPOSED ORDER THEREON]; 2:08-CV-02723-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com